JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DON,<br><br>                Plaintiff,<br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a corporation; RAND LONG-TERM DISABILITY PLAN, an ERISA plan, DOES 1 through 10,<br><br>                Defendants | Case No.: CV 11-04394 RSWL (RZx)<br><br>ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE [30] |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice, each party to bear their own costs, expenses and attorneys' fees.

DATED: 8/22/12    By:_____RONALD S.W. LEW_____
                                               Hon. Ronald S. W. Lew
                                               Senior, US. District Court Judge